UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              15-cr-696 (PKC)

       -against-                                  ORDER

ANTHONY ROMAN,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by December 22, 2020.  The defendant may reply by January 8, 2021.

        SO ORDERED.

                                                        P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       December 7, 2020