## ADAMS & COMMISSIONG LLP

ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715 | MARTIN E. ADAMS |
| NEW YORK, NY 10006 | KARLOFF C. COMMISSIONG |
| TEL: 212-430-6590 | ADMITTED TO PRACTICE IN NEW YORK |
| FAX: 212-981-3305 | WWW.AMCMLAW.COM |

January 8, 2020

**VIA E.C.F. AND ELECTRONIC MAIL**

Hon. P. Kevin Castel  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Application GRANTED.

SO ORDERED.  
1/19/2021

_P. Kevin Castel_  
United States District Judge

Re: <u>United States v. Anthony Roman, 15 Cr. 696 (PKC)</u> – Request to file redacted version of submission

Dear Judge Castel:

I write regarding permission to file a redacted version of Exhibit B of counsel's reply submission. The information consists of medical records for Anthony Roman, Sr., the defendant's father. These records were sent to counsel by Ms. Loida Ortiz, Anthony Roman's mother, in jpeg format, via electronic mail. As a result, the document contains Ms. Ortiz' email address, which I redacted prior to filing. Additionally, while most of the records went unredacted, counsel thought it prudent to adhere to the ECF Privacy Policy, by redacting the month and date of Anthony Roman, Sr.'s birthday. No other information has been redacted. An unredacted version has been sent to Your Honor via electronic mail.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

cc: A.U.S.A. Dina McLeod (Via Electronic Mail)