UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA

                **ORDER**
                15 Cr. 696 (PKC)

     -against -

ANTHONY ROMAN,

       Defendant.

----------------------------------------------------------------x

   **IT IS HEREBY ORDERD**, that Karloff C. Commissiong, Esq. is appointed to represent Mr. Anthony Roman in this matter, nunc pro tunc, to August 20, 2020.

                SO ORDERED

                _____
                Hon. P. Kevin Castel
                United States District Judge

Dated: February 16, 2021
     New York, New York