Probation Form No. 35  
(1/92)

Report and Order Terminating Probation  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No.: 15 CR 00696-002 (PKC)

Anthony Roman

On March 1, 2022, Roman commenced supervised release for a period of Three (3) Years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly and respectfully recommended that Roman be discharged from supervised release.

Respectfully submitted,

by   *George L. Olivares*

George L. Olivares  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that Roman is discharged from federal supervision and that the proceedings in the case be terminated.

Date this __2d__ day of __May__, 20 __23__.

Honorable P. Kevin Castel  
Senior U.S. District Judge